UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE LOVE, JR., <br><br>   Plaintiff, <br><br>   v. <br><br> HANFORD KINGS COUNTY JAIL, et al., <br><br>   Defendants. | Case No. 1:21-cv-01419-SAB (PC) <br><br> ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED <br><br> (ECF No. 3) |

Plaintiff Morris Lee Love, Jr. is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint in this action on September 24, 2021. (ECF No. 1.) As Plaintiff did not pay the filing fee or submit an application to proceed in this action *in forma pauperis*, on September 28, 2021, an order directing Plaintiff to either pay the filing fee or submit an application to pay the filing fee within forty-five days. (ECF No. 3.) Plaintiff has failed to respond to the Court's September 28, 2021 order and the time to do so has expired.

Accordingly, it is HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to comply with the Court's September 28, 2021 order; and

///

1

2. Failure to comply with this order will result in a recommendation to dismiss the matter, without prejudice, for failure to prosecute. Local Rule 110.

IT IS SO ORDERED.

Dated: **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE