1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORRIS LEE LOVE, JR.,                    No.  1:21-cv-01419-DAD-SAB (PC)

12              Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   HANFORD KINGS COUNTY JAIL, et            ACTION DUE TO PLAINTIFF'S FAILURE
     al.,                                     TO OBEY A COURT ORDER, FAILURE TO
15                                            PAY THE REQUIRED FILING FEE, AND
              Defendants.                     FAILURE TO PROSECUTE
16
                                              (Doc. No. 10)
17

18

19        Plaintiff Morris Lee Love, Jr. is a state prisoner proceeding *pro se* with this civil rights

20   action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

21   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On January 26, 2022, the assigned magistrate judge issued findings and recommendations

23   recommending that this action be dismissed, without prejudice, due to plaintiff's failure to obey a

24   court order, failure to pay the required filing fee, and failure to prosecute this action.  (Doc. No.

25   10.)  Those pending findings and recommendations were served on plaintiff and contained notice

26   that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  To

27   date, no objections have been filed and the time in which to do so has now passed.

28   /////

                                              1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on January 26, 2022 (Doc. No. 10) are adopted in full;

2.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order, failure to pay the required filing fee, and failure to prosecute this action; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 6, 2022**                                   _____
                                                                        UNITED STATES DISTRICT JUDGE